# United States Court of Appeals
## For the First Circuit

No. 13-1059

STEPHEN L. D'ANGELO,

Plaintiff, Appellant,

v.

NEW HAMPSHIRE SUPREME COURT,
BRIAN GERMAINE, ESQ.,

Defendants, Appellees.

**JUDGMENT**

Entered:  January 29, 2014

This cause came on to be heard on appeal from the United States District Court for the District of New Hampshire and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

Appellant Stephen L. D'Angelo is ordered to show cause within fourteen days of the date of this judgment as to why the court should not assess double costs for needlessly consuming the time of the court and opposing counsel.  See In re Simply Media, 566 F.3d 234, 236 (1st Cir. 2009); see also Fed. R. App. P. 38; 1st Cir. R. 38.0.

By the Court:

/s/ Margaret Carter, Clerk

cc: Mr. D'Angelo, Mr. Saturley & Ms. Smith.